UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

David Hau

      Plaintiff(s),

v.

Galena Biopharma, Inc., et al.

      Defendant(s).

Civil Case No. 3:14-cv-00389-HU

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney **Robert V. Prongay** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: **Prongay**, **Robert**, **V.**
    (Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: Glancy Binkow & Goldberg LLP

Mailing Address: 1925 Century Park East, Suite 2100

City: Los Angeles    State: CA    Zip: 90067

Phone Number: (310) 201-9150    Fax Number: (310) 201-9160

Business E-mail Address: rprongay@glancylaw.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
State Bar of California - Admitted on 7/15/2010
CA State Bar Number - 270796

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
U.S. District Court - Central District of CA - 7/21/2010
U.S. District Court - Northern District of CA - 8/3/2010
U.S. District Court - Southern District of CA - 7/20/2010

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff David Hau

**(6)  CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this __31st__ day of __March__, __2014__

_____
(Signature of Pro Hac Counsel)

Robert V. Prongay
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this __1st__ day of __April__, __2014__

_____
(Signature of Local Counsel)

Name: __Fischer__   __Justine__   ____   ____
       *(Last Name)*   *(First Name)*   *(MI)*   *(Suffix)*

Oregon State Bar Number: __81224__

Firm or Business Affiliation: __Justine Fischer, Attorney at Law__

Mailing Address: __710 S.W. Madison Street, Suite 400__

City: __Portland__   State: __Oregon__   Zip: __97205__

Phone Number: __(503) 222-4326__   Business E-mail Address: __jfattyor@aol.com__

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge