# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

David Hau, Individually and on Behalf of All Others
Similarly Situated
_____
**Plaintiff(s),**

v.

Galena Biopharma, Inc., Mark J. Ahn, Ryan M.
Dunlap and Mark W. Schwartz
_____
**Defendant(s).**

Civil Case No. 3:14 -cv-00389-HU

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney  Paul R. Bessette _____ requests special admission *pro hac vice* in
the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the
requirements of LR 83-3, and certify that the following information is correct:

(1)      **PERSONAL DATA:**

Name:  Bessette            Paul            R.
            *(Last Name)*            *(First Name)*            *(MI)*            *(Suffix)*

Firm or Business Affiliation: King & Spalding LLP

Mailing Address:        401 Congress Avenue, Suite 3200

City: Austin                        State:  TX        Zip: 78701

Phone Number: 512.457.2050            Fax Number: 512.457.2100

Business E-mail Address:  pbessette@kslaw.com

**(2)    BAR ADMISSIONS INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):

| | | |
|---|---|---|
| Texas | 11/10/1988 | 02263050 |
| California | 06/06/1989 | 139675 |
| New York | 10/22/2008 | Reg. # 4637609 |

    **(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):

Please see attached

 

**(3)    CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)    REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Galena Biopharma, Inc.

Mark J. Ahn

Ryan M. Dunlap

Mark W. Schwartz

(6)    **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this ___31___ day of ___March___, ___2014___

_____
*(Signature of Pro Hac Counsel)*

Paul R. Bessette
_____
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this ___2nd___ day of ~~March~~ April, ___2014___

_____
*(Signature of Local Counsel)*

Name: ___Rosenbaum, Lois O.___
         *(Last Name)*                          *(First Name)*                     *(MI)*        *(Suffix)*

Oregon State Bar Number: ___773250___

Firm or Business Affiliation: ___Stoel Rives LLP___

Mailing Address: ___900 SW Fifth Avenue, Ste. 2600___

City: ___Portland___                    State: ___OR___        Zip: ___97204___

Phone Number: ___503.294.9293___        Business E-mail Address: ___lorosenbaum@stoel.com___

---

### COURT ACTION

---

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

Continuation of Paul R. Bessette

## COURT ADMISSIONS

| U.S. Supreme Court | 07/20/2001 |
|---|---|
| **U.S. Court of Appeals** | |
| 3rd Circuit | 10/09/2003 |
| 5th Circuit | 12/23/1999 |
| 9th Circuit | 09/13/1989 |
| 11th Circuit | 08/08/2012 |
| **U.S. District Courts** | |
| Northern District of Texas | 05/01/1997 |
| Southern District Texas | 12/28/1995 |
| Eastern District of Texas | 12/18/1989 |
| Western District of Texas | 11/14/2000 |
| Central District California | 08/08/1991 |
| Southern District of California | 12/28/1995 |
| Northern District of California | 12/07/1988 |
| Eastern District of California | 12/18/1989 |
| Southern District of New York (Bar No. PB2550) | 01/14/10 (court certificate shows 1/2/10, but cert of good standing shows 1/14/10) |
| Eastern District of New York (Bar No. PB5462) | 06/17/10 |