UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

David Hau, Individually and on Behalf of All Others Similarly Situated

_____ Plaintiff(s),

v.

Galena Biopharma, Inc., Mark J. Ahn, Ryan M. Dunlap and Mark W. Schwartz

_____ Defendant(s).

Civil Case No. 3:14-cv-00389-HU

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney __James P. Sullivan_____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: __Sullivan_____   __James_____   __P.__   _____
      *(Last Name)*         *(First Name)*    *(MI)*  *(Suffix)*

Firm or Business Affiliation: King & Spalding LLP

Mailing Address: 401 Congress Avenue, Suite 3200

City: Austin     State: TX     Zip: 78701

Phone Number: 512.457.2014     Fax Number: 512.457.2100

Business E-mail Address: jsullivan@kslaw.com

---

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
Texas Bar No. 24070702, admitted 2009;

District of Columbia Bar No. 975030, admitted 2007

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Supreme Court of the United States (2010); U.S. Court of Apeals for the D.C. Circuit (2008);

U.S. Court of Appeals for the Third Circuit (2012); U.S. Court of Appeals for the Fifth Circuit (2009);

U.S. Court of Appeals for the Federal Circuit (2008); U.S. District Court for the Western District of Texas (2011)

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Galena Biopharma, Inc.

Mark J. Ahn

Ryan M. Dunlap

Mark W. Schwartz

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 31st day of March, 2014

_____
(Signature of Pro Hac Counsel)

James P. Sullivan
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 2nd day of April, 2014

_____
(Signature of Local Counsel)

Name: Rosenbaum, Lois O.
*(Last Name)    (First Name)    (MI)    (Suffix)*

Oregon State Bar Number: 773250
Firm or Business Affiliation: Stoel Rives LLP
Mailing Address: 900 SW Fifth Avenue, Ste. 2600
City: Portland    State: OR    Zip: 97204
Phone Number: 503.294.9293    Business E-mail Address: lorosenbaum@stoel.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge