UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

David Hau, Individually and on Behalf of All Others Similarly Situated

       **Plaintiff(s),**

v.

Galena Biopharma, Inc., Mark J. Ahn, Ryan M. Dunlap and Mark W. Schwartz

       **Defendant(s).**

Civil Case No. 3:14-cv-00389-HU

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Michael J. Biles** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)     **PERSONAL DATA:**

Name: **Biles**, **Michael**, **J.**
    (Last Name)    (First Name)    (MI)    (Suffix)

Firm or Business Affiliation: King & Spalding LLP
Mailing Address: 401 Congress Avenue, Suite 3200
City: Austin     State: TX     Zip: 78701
Phone Number: 512.457.2051     Fax Number: 512.457.2100
Business E-mail Address: mbiles@kslaw.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Texas Bar No. 24008578, admitted 1998

California Bar No. 186600, admitted 1996

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
U.S. District Courts for the Northern, Southern, Eastern and Western Districts of Texas (1999);

U.S. Court of Appeals for the Third Circuit (2003);

U.S. Court of Appeals for the Fifth Circuit (1999)

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Galena Biopharma, Inc.

Mark J. Ahn

Ryan M. Dunlap

Mark W. Schwartz

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this __31st__ day of __March__, __2014__

_____
*(Signature of Pro Hac Counsel)*

Michael J. Biles
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this __2nd__ day of __April__ [~~March~~], __2014__

_____
*(Signature of Local Counsel)*

Name: __Rosenbaum__, __Lois__ __O.__
       *(Last Name)*        *(First Name)*        *(MI)*    *(Suffix)*

Oregon State Bar Number: __773250__
Firm or Business Affiliation: __Stoel Rives LLP__
Mailing Address: __900 SW Fifth Avenue, Ste. 2600__
City: __Portland__                      State: __OR__    Zip: __97204__
Phone Number: __503.294.9293__    Business E-mail Address: __lorosenbaum@stoel.com__

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge