**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

In re GALENA BIOPHARMA, INC.
SECURITIES LITIGATION

        **Plaintiff(s),**

v.

_____
        **Defendant(s).**

Civil Case No. 3:14-CV-00367-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney  Leigh Handelman Smollar  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)    PERSONAL DATA:**

Name: Handelman Smollar    Leigh    R.
        *(Last Name)*    *(First Name)*    *(MI)*    *(Suffix)*

Firm or Business Affiliation: Pomerantz LLP
Mailing Address: 10 South LaSalle, Suite 3505
City: Chicago    State: Illinois    Zip: 60603
Phone Number: (312) 377-1181    Fax Number: (312) 377-1184
Business E-mail Address: lsmollar@pomlaw.com

**(2)   BAR ADMISSIONS INFORMATION:**

    **(a)**   State bar admission(s), date(s) of admission, and bar ID number(s):
        Illinois, November 1996, ARDC: 6237247

    **(b)**   Other federal court admission(s), date(s) of admission, and bar ID number(s):
        USDC Northern District of Illinois- December 18, 1996
        Seventh Circuit Court of Appeals- November 15, 2002
        Eighth Circuit Court of Appeals- September 1, 2005

**(3)   CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**   ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**   ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4)   CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)   REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff(s)

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this  10th  day of  November , 2014

*(Signature of Pro Hac Counsel)*

Leigh Handelman Smollar
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this  17  day of  November , 2014

*Jeffrey Ratliff*
*(Signature of Local Counsel)*

Name:  Ratliff          Jeffrey          S
       *(Last Name)*    *(First Name)*  *(MI)*   *(Suffix)*

Oregon State Bar Number: 893422
Firm or Business Affiliation: Ransom Gilbertson Martin & Ratliff, LLP
Mailing Address: 1500 NE Irving St., Suite 412
City: Portland    State: OR    Zip: 97232
Phone Number: 503-226-3664    Business E-mail Address: rgilbertson@qwestoffice.net

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge