**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

In re GALENA BIOPHARMA, INC.
SECURITIES LITIGATION

Plaintiff(s),

v.

Defendant(s).

Civil Case No. 3:14-00367-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Patrick V. Dahlstrom requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Dahlstrom, Patrick V.
(Last Name) (First Name) (MI) (Suffix)
Firm or Business Affiliation: Pomerantz LLP
Mailing Address: 10 South LaSalle, Suite 3505
City: Chicago State: Illinois Zip: 60603
Phone Number: 312-377-1181 Fax Number: 312-377-1184
Business E-mail Address: pdahlstrom@pomlaw.com

**(2) BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
New York    1988

Illinois    August 31, 1999

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
USDC: EDNY (1991), SDNY (1991), NDIL (1999), NDIN (1999),

D of Co (1999), WDPA (2001), EDWI (2003).  COA: 4th, 6th, 7th, 8th,

9th Circuits.  United States Supreme Court.

**(3) CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5) REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Lead Plaintiffs Kisuk Cho, Anthony Kim, Pantelis Lavidas, and Joseph Buscema

(6)   **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 1st day of April, 2015

_____
(Signature of Pro Hac Counsel)

Patrick V. Dahlstrom
(Typed Name)

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 1st day of April, 2015

_____
(Signature of Local Counsel)

Name: Ratliff, Jeffrey
      (Last Name)  (First Name)  (MI)  (Suffix)

Oregon State Bar Number: 893422

Firm or Business Affiliation: Ransom, Gilbertson, Martin & Ratliff, LLP

Mailing Address: 1500 NE Irving Street, Suite 412

City: Portland    State: OR    Zip: 97232

Phone Number: 503-226-3664    Business E-mail Address: _____

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge