UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

In re GALENA BIOPHARMA, INC.
SECURITIES LITIGATION
      Plaintiff(s),

v.

      Defendant(s).

Civil Case No. 3:14-cv-00367-SI (Lead)

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

      Attorney  Jacob S. Frenkel  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)    **PERSONAL DATA:**

    Name:  Frenkel     Jacob     S. 
              *(Last Name)*     *(First Name)*     *(MI)*     *(Suffix)*

    Firm or Business Affiliation:  Shulman, Rogers, Gandal, Pordy & Ecker, P.A.

    Mailing Address:  12505 Park Potomac Avenue, 6th Floor

    City: Potomac     State: MD     Zip: 20854

    Phone Number:  (301) 230-5214     Fax Number:  (301) 230-2891

    Business E-mail Address:  jfrenkel@shulmanrogers.com

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
MD State Bar, Admitted 06/09/1992, MD State, Bar No. 19920609002
The Louisiana State Bar, Admitted 05/13/1985, Bar No. 15082

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
US Dist. Ct., D. of Maryland, Admitted 05/07/2012, Bar No. 18388
U.S Dist. Ct., Eastern D. of LA., Admitted May 13, 1985
U.S. Supreme Court, Admitted April 5, 1999

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendants Michael McCarthy and The DreamTeam Group, LLC

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __29th__ day of __April__, __2015__

_____
(Signature of Pro Hac Counsel)

Jacob S. Frenkel
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __30th__ day of __April__, __2015__

_____
(Signature of Local Counsel)

Name: __McDermott, James T.__
(Last Name)  (First Name)  (MI)  (Suffix)

Oregon State Bar Number: __933594__

Firm or Business Affiliation: __Ball Janik LLP__

Mailing Address: __101 SW Main Street, Suite 1100__

City: __Portland__  State: __OR__  Zip: __97204__

Phone Number: __503.228.2525__  Business E-mail Address: __jmcdermott@balljanik.com__

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

---

## CERTIFICATE OF SERVICE

I certify that on April 30, 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record who have consented to electronic filing.

DATED: April 30, 2015				/s/ James T. McDermott
						James T. McDermott, OSB No. 933594
						Attorneys for Defendants Michael McCarthy and
						  The DreamTeam Group, LLC