UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

In Re Galena Biopharma, Inc. Securities Litigation

Plaintiff(s),

v.

Defendant(s).

Civil Case No. 3:14-cv-00367-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Edward Gartenberg requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Gartenberg, Edward
(Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: Gartenberg Gelfand Hayton LLP

Mailing Address: 801 S. Figueroa St., Suite 2170

City: Los Angeles   State: CA   Zip: 90017

Phone Number: 213-542-2100   Fax Number: 213-542-2101

Business E-mail Address: egartenberg@gghslaw.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):

| | | |
|---|---|---|
| California, | June, 10, 1982 | 102693 |
| New York, | 1975 | 1484625 |
| District of Columbia, | July 29, 1980 | 314856 |

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
See Attachment "A"

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendants Lidingo Holdings, LLC

and Kamilla Bjorlin, erroneously sued as Milla Bjorn

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 12 day of May, 2015

*(Signature of Pro Hac Counsel)*

Edward Gartenberg
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 12 day of May, 2015

*(Signature of Local Counsel)*

Name: Arrellano, Joseph, C.
 *(Last Name)*  *(First Name)*  *(MI)*  *(Suffix)*

Oregon State Bar Number: 801518
Firm or Business Affiliation: KENNEDY WATTS ARELLANO LLP
Mailing Address: 1211 SW 5th Avenue, Suite 2850
City: Portland   State: Oregaon   Zip: 97204
Phone Number: 503-228-6191   Business E-mail Address: arellano@kwar.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

ATTACHMENT "A"

| Court | Dated Admitted |
|---|---|
| Supreme Court of California | 1982 |
| Central District of California (Federal District Court) | 1982 |
| Eastern District of California (Federal District Court) | 1982 |
| Northern District of California (Federal District Court) | 1982 |
| Southern District of California (Federal District Court) | 1982 |
| Ninth Circuit (Federal Court of Appeals) | 1982 |
| District of Columbia (Federal District Court) | 9-12-1980 |
| District of Columbia (Federal Court of Appeals) | 9-12-1980 |
| Eastern District of Wisconsin (Federal District Court) | 8-1-1980 |
| Southern District of New York (Federal District Court) | 11-6-1975 |
| Eastern District of New York (Federal District Court) | 12-5-1975 |
| Second Circuit (Federal Court of Appeals) | 11-19-1975 |
| United States Supreme Court | 1993 |
| District of Nevada (Federal District Court) | 2008 |