# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| IN RE GALENA BIOPHARMA, INC. SECURITIES LITIGATION, | CASE No.:3:14-cv-00367-SI |

## ORDER GRANTING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action;

WHEREAS, Co-Class Counsel, The Rosen Law Firm, P.A. and Pomerantz LLP, appointed by the Court as Co-Class Counsel for the purposes of the Settlement, have petitioned the Court for the award of attorneys' fees in compensation for the services provided to Class Representatives and the Class along with reimbursement of expenses incurred in connection with the prosecution of this action to be paid out of the Gross Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Remaining Defendants' Stipulation of Settlement filed with the Court on May 17, 2017 (the "Stipulation")(ECF 221); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and has heard the presentation made by Co-Class Counsel during the final approval hearing on the 17th day of November, 2017, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1.      Co-Class Counsel are awarded 25 percent of the Gross Settlement Fund, or $41,250, as attorneys' fees in this action, together with a proportionate share of the

interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2.    Co-Class Counsel shall be reimbursed out of the Gross Settlement Fund in the amount of $30,000 for its expenses and costs. The Court finds that the amount of fees awarded is fair and reasonable in light of the time and labor required, the novelty and difficulty of the case, the skill required to prosecute the case, the experience and ability of the attorneys, awards in similar cases, the contingent nature of the representation and the result obtained for the Class.

3.    Except as otherwise provided herein, the attorneys' fees and reimbursement of expenses shall be paid in the manner and procedure provided for in the Stipulation.

**IT IS SO ORDERED.**

Dated: <u>November 21, 2017</u>

/s/ Michael H. Simon
_____
HON. MICHAEL H. SIMON
UNITED STATES DISTRICT JUDGE